# EXHIBIT D

**BAYVIEW**®
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

October 5, 2017

John B Ennis
Attorney at Law
1200 Reservoir Ave
Craston, RI 02920

Subject: QWR

Loan Number: 599225-Viera
BLS Case Number: 10000047930

Dear Mr. Ennis:

This letter responds to the correspondence to Bayview Loan Servicing LP ("Bayview") regarding customers residential mortgage loan, account number 599225.

A review of the account indicates that the account is currently in an active foreclosure action effective August 30, 2016. In response to the inquiries received, we have provided the information and documentation described below.

## RESPA ERROR RESOLUTION

### Origination / Underwriting Error

Under the Real Estate Settlement Procedures Act ("RESPA"), a servicer is required to respond to a notice of error that relates to the servicing of a borrower's mortgage loan. You identify an error relating to the origination of your mortgage loan. Bayview is not legally obligated to correct or investigate errors unrelated to the servicing of a mortgage loan.

## RESPA INFORMATION REQUEST

### Request for Current Owner of the Loan

You requested information about the current owner of your loan. The current owner of the loan is:

Bank of America 807-95
The Bank of New York Mellon
101 Barclay Street, 8W
New York, NY 10286

The Following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

**Responses to Remaining Information Requests**

Enclosed please find the following in response to your remaining requests:

- Account Activity Statement: it provides a detailed accounting of all transactions and their effective due dates for your review.
- Assignment of Mortgage
- Note
- Mortgage
- HUD
- Notice of Transfer (s)
- Notice of Default and Intent to Accelerate

We have enclosed all supporting documentation used to complete the review on your account. You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

If you have any further questions, please contact our Customer Service Department at our toll free at (800) 457-5105, Monday-Friday, 8:00 am to 9:00 pm ET. You may also contact the Lisa McBride at toll free 1-844-369-3405, ext 2931, Monday-Friday, 8:00 am to 9:00 pm ET.

Thank you for the opportunity to respond to your concerns.

Sincerely,

Ivany Puello
Case Manager
Customer Support Department
Bayview Loan Servicing, LLC

Enclosure

The Following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146