# EXHIBIT F

# Countrywide Bank, National Association (FDIC # 33143)

Inactive as of April 27, 2009

Merged or acquired without government assistance

**Data as of:** November 8, 2017

Countrywide Bank, National Association is no longer doing business under that name because it has been merged or acquired without government assistance. See the successor institution, Bank of America, National Association (FDIC # 3510).

| | |
|---|---|
| **FDIC Certificate#:** | 33143 |
| **Headquarters:** | 6465 Greenwood Plaza #200<br>Centennial, CO 80111<br>Arapahoe County |
| **Established:** | August 30, 1990 |
| **Insured:** | August 30, 1990 |
| **Bank Charter Class:** | Savings Association |

**Contact the FDIC about:**
Countrywide Bank, National Association or Bank of America, National Association

| Locations | History | Identifications | Financials | Other Names / Websites |

**Showing 1 to 14 of 14 entries** (filtered from 19 total entries)

| Date | Event |
|---|---|
| 8/30/1990 | Institution established: Original name:Treasury Bank |
| 5/17/2001 | Reorganized. |
| 5/17/2001 | Changed name to **Effinity Bank, National Association** (33143) |
| 5/17/2001 | Changed institution class to INSURED COMMERCIAL BANK, NATIONAL, MEMBER FRS |
| 6/6/2001 | Changed name to **Treasury Bank, National Association** (33143) |
| 6/21/2001 | Moved bank headquarters from WASHINGTON, DC to ALEXANDRIA, VA |
| 9/6/2005 | Changed name to **Countrywide Bank, National Association** (33143) |
| 3/12/2007 | Changed name to **Countrywide Bank, FSB** (33143) |
| 3/12/2007 | Changed primary regulatory agency from COMPTROLLER OF THE CURRENCY to OFFICE OF THRIFT SUPERVISION |
| 3/12/2007 | Changed organization type to STOCK SAVINGS BANK |
| 3/12/2007 | Changed institution class to OCC SUPERVISED SAVINGS BANKS |
| 1/16/2009 | Maintained operations with government open bank assistance. |
| 2/4/2009 | Moved bank headquarters from ALEXANDRIA, VA to CENTENNIAL, CO |
| 4/27/2009 | **Merged into and subsequently operated as part of Bank of America, National Association (3510)** in **CHARLOTTE, NC** |

**Information as of:** November 9, 2017