UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____

JAMES VIERA,
    Plaintiff,

v.

BANK OF NEW YORK MELLON AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWALT,
INC., ALTERNATIVE LOAN TRUST 2005-86CB
MORTGAGE PASS-THROUGH CERFTIFICATES,
SERIES 2005-86CB, and
BAYVIEW LOAN SERVICING, LLC,
    Defendants.

CIVIL ACTION NO:
1:17-cv-00523-WES-PAS

_____

## AFFIDAVIT OF COUNSEL IN SUPPORT OF
## DEFENDANTS' MOTION TO DISMISS AND DISSOLVE

I, Amy Magher, depose and state:

1. I am an attorney duly licensed to practice in the State of Rhode Island.

2. Filed herewith, as an attachment to the memorandum in support of the defendants' motion to dismiss and dissolve, Attachment 1 is a copy of the Complaint served on The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-86CB, Mortgage Pass-Through Certificates, Series 2005-86CB.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 24, 2018.

    /s/ Amy Magher
    Amy Magher, Esq. – Bar No. 9241
    Michienzie & Sawin LLC
    745 Boylston Street, 5th Floor
    Boston, Massachusetts 02116
    Tel. 617-227-5660
    amagher@masatlaw.com

{00412299.DOCX}

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2018.

                                                /s/ Amy Magher