UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES VIERA

      VS                        CA. No. 2017-cv-581

BANK OF NEW YORK MELLON AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE
LOAN TRUST 2005-86CB MORTGAGE PASS-THROUGH
CERFTIFICATES, SERIES 2005-86CB, BAYVIEW LOAN
SERVICING, LLC

## OBJECTION TO MOTION TO DISMISS

    Plaintiff, by his attorney, objects to the Motion to Dismiss for the reasons stated in the attached Memorandum of Law and the transcript of the hearing in this matter on November 17, 2018 due to the Law of the case doctrine.

                                                        JAMES VIERA
                                                        By his Attorney

July 2, 2018                                 /s/ John B. Ennis
                                                        JOHN B. ENNIS, ESQ. #2135
                                                        1200 Reservoir Avenue
                                                        Cranston, Rhode Island 02920
                                                        (401) 943-9230
                                                        Jbelaw75@gmail.com

## CERTIFICATE OF SERVICE

I certify that I emailed a copy of this motion to the Attorneys for the Defendants on July 2, 2018:

Amy Magher